**The Lomax Company and The Green Lantern Beverage Company, appellees, v. Lomax Bros. Beverages, Inc. et al., appellants. Gen. No. 37,053.**

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed April 2, 1934. Rehearing denied and opinion modified April 18, 1934.

John J. McMahon and Cutting, Moore & Sidley, for appellants; Donald F. McPherson, Ralph F. Himmelhoch and George Ragland, Jr.,

of counsel. Chas. G. Palmer, for appellees; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.